opinion filed March 8, 1948; released for publication April 5, 1948. Clarence W. Heyl, for appellant; Knoblock, McConnell & Kennedy and William C. Nicol, for appellee; Louis F. Knoblock, Thomas B. Kennedy and William C. Nicol, of counsel. Opinion by JUSTICE DADY. Not to be published in full.

## Joseph E. Tigue, Trading as Tigue Motors, Appellee, v. Walter F. Flanigan, Appellant.

### Gen. No. 9,559.

opinion filed March 8, 1948; released for publication April 5, 1948. Carson & Appleman, for appellant; Marshall Evans Miller, of counsel; Henry I. Green and James H. Wheat, for appellee; D. J. McNamara, of counsel. Opinion by JUSTICE DADY. Not to be published in full.

## Everett Piggott, Appellee, v. William H. Newman, Appellant.

### Gen. No. 9,557.

opinion filed March 8, 1948; released for publication April 5, 1948. Earl S. Hodges, for appellant; Duane L. Traynor, of counsel; Herbert L. Cantrill, for appellee. Opinion by JUSTICE HAYES. Not to be published in full.

## Carl J. Bansbach et al., Appellees, v. Allied Machine and Welding Company, Appellant.

Gen. No. 9,571.

opinion filed March 8, 1948; released for publication April 5, 1948. Costigan, Wollrab & Yoder, for appellant; John E. Cribbet, of counsel; J. Oscar Hall and Ward, Moore & Ward, for appellees. Opinion by JUSTICE HAYES. Not to be published in full.

## Frank Ketter, Appellee, v. City of Highland Park and P. E. Cole, City Engineer and Acting Building Inspector, Appellants.

Gen. No. 10,167.